2) Caption, civil cases



COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS







IN THE MATTER OF M.V.,

A JUVENILE.




§


 


§


 


§


 


§


 


§


 


 § 


No. 08-02-00500-CV



Appeal from the


65th District Court


of El Paso County, Texas 


(TC# 00,01214)


MEMORANDUM OPINION


 This dismissal is before the Court on its own motion. The State originally filed a
Notice of Appeal on November 25, 2002. The brief was due in this Court on January 4,
2003. Neither a brief nor a motion for extension of time has been filed. On January 24,
2003, the parties were notified of our intent to dismiss for want of prosecution unless any
party could show grounds for continuing the appeal within ten days. Tex. R. App. P. 38.8. 
No response has been filed with the Clerk of this Court. Accordingly, this appeal is
dismissed.

 SUSAN LARSEN, Justice

February 27, 2003


Before Panel No. 1

Larsen, McClure, and Chew, JJ.